■ In the Matter of STEPHEN C. SPIVEY et al., Appellants, v FRANK T. KEARNEY, as Commissioner of the Department of Public Works of Westchester County, et al., Respondents.— Appeal by the petitioners from a judgment of the Supreme Court, Westchester County (Colabella, J.), entered June 30, 1988.

Ordered that the judgment is affirmed, with costs, for reasons stated by Justice Colabella at the Supreme Court. Mollen, P. J., Thompson, Kunzeman and Rubin, JJ., concur.